

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILIP P. KALODNER : CIVIL ACTION
:
v. :
:
GENWORTH LIFE AND ANNUITY :
INSURANCE COMPANY : NO. 16-4817

FILED
JUN 26 2017
KATE BARKMAN, Clerk
By _____ Dep. Clerk

**AND NOW**, this 26th day of June, 2017, upon consideration of Defendant Genworth Life and Annuity Insurance Company's Motion to Dismiss (Docket No. 10), and all documents filed in connection therewith, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** insofar as it seeks dismissal of Counts II, III, and the portion of Count I that claims that Defendant breached its insurance policy with Plaintiff by engaging in "modeling," and Counts II, III, and the portion of Count I that alleges a breach based on improper modeling are **DISMISSED**.

2. The Motion is **DENIED** insofar as it seeks dismissal of the portion of Count I that claims that Defendant breached its insurance policy with Plaintiff by considering premium patterns in setting the Cost of Insurance.

ENTERED
JUN 26 2017
CLERK OF COURT

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.